

FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ESIAS GRIFFIN, <br><br> Defendant. | Case No.   25-MJ-3343 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On June 2, 2025, Defendant Esias Griffin made his initial appearance in this district on the bench warrant issued by the United States District Court in the Southern District of California following Defendant's failure to appear for sentencing on a supervised release revocation hearing on April 4, 2025. Deputy Federal Public Defender Ryan Shelley was appointed to represent Defendant. The Government was represented by Assistant United States Attorney Lauren Border. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest on the bench warrant for failure to appear,

The Court finds that :

A.     Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒  allegations underlying the bench warrant: failure to appear

☒  history of non compliance while on supervised release

☒  admitted substance use – did not complete 3 month in patient treatment program he was ordered to participate in

☒  unverified background information

B. Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒     criminal history includes prior revocation of supervised release and new arrest while on supervised release

☒     history of substance abuse

2

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California forthwith.

The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled date, and provide this information to DFPD Shelley in order to monitor the status of defendant's transportation to, and arrival in, the charging district for his next appearance.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: June 2, 2025

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE